UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN KEITH DENT,<br><br>    Plaintiff,<br><br>    v.<br><br>LENOIR PIERETTE, et al.,<br><br>    Defendants. | No. 2:19-cv-01962-TLN-CKD<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se and in forma pauperis in this federal civil rights action filed pursuant to 42 U.S.C. § 1983. On June 19, 2020, this matter was referred to the post-screening ADR pilot project and was stayed for 120 days for the purpose of scheduling a settlement conference. ECF No. 21. On July 30, 2020, counsel for defendants filed a motion to be excluded from the ADR pilot project following a review of plaintiff's medical claims and the necessity for discovery in order to obtain medical records and administrative appeals related to the claims. ECF No. 20. Without discovery defendants "cannot engage in meaningful settlement discussions." ECF No. 20 at 2. Upon review of the motion, the court finds good cause to grant defendants' motion and to lift the stay of this matter.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to be excluded from the Post-Screening ADR Pilot Project (ECF No. 20) is granted;

1

   2. The stay of this action is lifted; and

   3. Defendants shall file a responsive pleading within thirty days from the date of this order.

Dated: August 5, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/dent1962.optout.docx