UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN KEITH DENT,<br><br>                 Plaintiff,<br><br>    v.<br><br>LENOIOR PIERETTE, et al.,<br><br>                 Defendants. | No. 2:19-cv-01962-TLN-CKD P<br><br><br>ORDER SETTING SETTLEMENT CONFERENCE |

      Plaintiff is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. §1983. The court has determined that this case will benefit from a settlement conference and granted plaintiff's motion. ECF No. 33. Therefore, this case will be referred to Magistrate Judge Jeremy D. Peterson to conduct a settlement conference on May 25, 2021 at 9:00 a.m. The settlement conference will be conducted by remote means, to be determined at a later date and time. The court will issue the order detailing the procedures for the settlement conference in due course.

      In accordance with the above, IT IS HEREBY ORDERED that this case is set for a settlement conference before Magistrate Judge Jeremy D. Peterson on May 25, 2021 at 9:00 a.m.

/////

/////

/////

1

The settlement conference will be conducted by remote means, to be determined at a later date and time by separate order.

Dated: April 29, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/dent1962.med.docx