Case 2:19-cv-01962-TLN-CKD   Document 42   Filed 08/18/21   Page 1 of 2

| | |
|---|---|
| 1 | ROB BONTA, State Bar No. 202668 |
|   | Attorney General of California |
| 2 | JEFFREY R. VINCENT, State Bar No. 161013 |
|   | Supervising Deputy Attorney General |
| 3 | KYMBERLY E. SPEER, State Bar No. 121703 |
|   | Deputy Attorney General |
| 4 | 1515 Clay Street, 20th Floor |
|   | P.O. Box 70550 |
| 5 | Oakland, CA  94612-0550 |
|   | Telephone:  (510) 879-0985 |
| 6 | Fax:  (510) 622-2270 |
|   | E-mail:  Kymberly.Speer@doj.ca.gov |

*Attorneys for Defendants Anise Adams, MD, Christine Barber, MD, and California Department of Corrections and Rehabilitation*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN KEITH DENT, | 2:19-cv-1962 TLN CKD (PC) |
| Plaintiff, | **DISMISSAL WITH PREJUDICE AND STIPULATION TO AMEND COMPLAINT TO NAME CDCR AS DEFENDANT AND ORDER** |
| v. | |
| PIERETTE LENOIR, M.D.; ANISE ADAMS, M.D.; CHRISTINE BARBER, M.D.; individually and as agents of California Department of Correction and Rehabilitation, a public entity; and DOES 1 through 20, inclusive, | Judge:        The Honorable Troy L. Nunley |
| | Trial Date:   Not set |
| | Action Filed: September 26, 2019 |
| Defendants. | |

Plaintiff Brian Keith Dent dismisses with prejudice Defendants Anise Adams, MD and Christine Barber, MD. Plaintiff Brian Keith Dent and Defendant California Department of Correction and Rehabilitation (CDCR) stipulate that the Complaint (Docket 1) is hereby amended to name CDCR as a defendant. Fed. R. Civ. P. 15(a)(2).

Dated: _____, 2021

/s/ Brian Keith Dent
(plaintiff signed on pdf version)
_____
Brian Keith Dent

Respectfully submitted,

Dated:  August 18, 2021

ROB BONTA
Attorney General of California
JEFFREY R. VINCENT
Supervising Deputy Attorney General

s/ *Kymberly E. Speer*
KYMBERLY E. SPEER
Deputy Attorney General
*Attorneys for Defendant California Department of Correction and Rehabilitation*

**ORDER**

It is so ordered.

Dated:  August 18, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE